Date signed August 30, 2010



PAUL MANNES
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| | * | Case No.    10-29036 |
| WILLIE L. BLACK | * | Chapter    7 |
| | * | |
| | * | |
| Debtor(s) | * | |

### MEMORANDUM TO COUNSEL

After consideration of counsel's response to the court's Order to Justify Fee and the record herein, the court has determined to take no further action with respect to counsel's fee.

cc:   Counsel for Debtor - William C. Donovan
      Debtor
      Trustee
      U.S. Trustee

Fee-11.10 -- mlz

**End of Order**